**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rena Shannell KIRK, Defendant–Appellant.**

**No. 15–3761.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 14, 2016.

Filed: April 19, 2016.

Richard D. Westphal, Assistant U.S. Attorney, U.S. Attorney's Office, Davenport, IA, for Plaintiff–Appellee.

Rena Shannell Kirk, Davenport, IA, pro se.

John P. Messina, Assistant Federal Public Defender, Federal Public Defender's Office, Des Moines, IA, Heather Quick, Assistant Federal Public Defender, Federal Public Defender's Office, Cedar Rapids, IA, for Defendant–Appellant.

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

---

1. The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

675

PER CURIAM.

Rena Kirk challenges the reasonableness of the sentence the district court [1] imposed upon revoking her supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. *See United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (discussing appellate review of revocation sentence); *see also United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir.2009) (when court imposed below-Guidelines-range sentence, it was "nearly inconceivable" that court abused its discretion in not varying downward still further).

Accordingly, the judgment is affirmed. We also grant counsel's motion for leave to withdraw.

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.